JUDGEMENT / SENTENCE DATE 3-26-15
MOTION FOR NEW TRIAL FILED X YES ___ NO DATE 3-26-15

Deputy District Clerk

2015 MAR 26 PM 3:03
DALLAS...

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/14/2015 1:41:14 PM
LISA MATZ
Clerk

DRAWER #40

THE STATE OF TEXAS

VS. Jared Assavedo

CAUSE NO. F13-33333

283 DISTRICT COURT

DALLAS COUNTY, TEXAS

## DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defenant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein.

WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

JIM HAMLIN
DISTRICT CLERK
Dallas County, Texas

By _____
Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel

it is Ordered the Honorable _____ PO - Appellate _____,

Address: _____
a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____, _____, and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

FORM 40

CAUSE NO. F13-33333

| | | |
|---|---|---|
| STATE OF TEXAS | )( | IN THE 283rd JUDICIAL DISTRICT |
| VS. | )( | COURT OF DALLAS COUNTY, TEXAS |
| JARED ASSAVEDO | )( | JANUARY TERM, A.D., 2015 |

CHARGE OF THE COURT

MEMBERS OF THE JURY:

The defendant, Jared Assavedo, stands charged by indictment with the offense of endangering a child, alleged to have been committed on or about January 18th, 2013, in Dallas County, Texas. To this charge, the defendant has pleaded not guilty.

A person commits an offense, if he intentionally, knowingly, recklessly, or with criminal negligence, by act or omission, engages in conduct that places a child younger than 15 years in imminent danger of death, bodily injury, or physical or mental impairment.

"Child" means a person 14 years of age or younger.

"Bodily injury" means physical pain, illness, or any impairment of physical condition.

"Serious bodily injury" means bodily injury that creates a substantial risk of death or that causes death, serious permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

A "deadly weapon" means anything manifestly designed, made, or adapted for the purpose of inflicting death, serious bodily injury, or anything in the manner of its use or intended use is capable of causing death or serious bodily injury.

A person acts intentionally, or with intent, with respect to a result of his conduct when it is his conscious objective or desire to cause the result.

A person acts knowingly or with knowledge, with respect to a result of his conduct when he is aware that his conduct is reasonably certain to cause the result.

A person acts recklessly, or is reckless, with respect to the result of his conduct when he is aware of but consciously disregards a substantial and unjustifiable risk that the result will occur. The risk must be of such a nature and degree that its disregard constitutes a gross deviation from the standard of care that an ordinary person would exercise under all the circumstances, as viewed from the actor's standpoint.

A person acts with criminal negligence, or is criminally negligent, with respect to the result of his conduct when he ought to be aware of a substantial and unjustifiable risk that the result will occur. The risk must be of such a nature and degree that the failure to perceive it constitutes a gross

deviation from the standard of care that an ordinary person would exercise under all the circumstances, as viewed from the actor's standpoint.

You are instructed that if there is any testimony before you in this case regarding the defendant's having committed an offense, if any, other than the offense, if any, alleged against him in the indictment in this cause, you cannot consider said testimony for any purpose whatsoever. You shall not consider said evidence, if any, as any evidence of the defendant's guilt in this case.

Now, if you find from the evidence beyond a reasonable doubt that on or about the 18th day of January, 2013, in Dallas County, Texas, the defendant, Jared Assavedo, did then and there intentionally, knowingly, recklessly or with criminal negligence, engage in conduct, by act, that placed Jacob Rubio, a child younger than 15 years of age, in imminent danger of death, bodily injury or physical and mental impairment, by striking a motor vehicle occupied by said child with a motor vehicle operated by said defendant, then you will find the defendant guilty of the offense of endangering a child as charged in the indictment.

Unless you so find from the evidence beyond a reasonable doubt, or if you have a reasonable doubt thereof, you will acquit the defendant and say by your verdict "Not Guilty."

You are further instructed that an indictment is no evidence of guilt, and in this case you shall not consider the indictment herein as any evidence of guilt.

In all criminal cases the burden of proof is on the State. All persons are presumed to be innocent and no person may be convicted of an offense unless each element of the offense is proved beyond a reasonable doubt.

The fact that the defendant has been arrested, confined, indicted or otherwise charged with an offense gives rise to no inference of guilt at this trial.

Upon retiring to the jury room, your first order of business should be to select a presiding juror.

You are further instructed that your verdict must be unanimous and shall be arrived at by due deliberation and not by drawing lots or any other method of chance.

You are the exclusive judges of the facts proved, the credibility of the witnesses, and the weight to be given their

testimony, but you are bound to receive the law from the Court which is herein given you and be governed thereby.

_____
JUDGE RICK MAGNIS
283rd Judicial District Court

VERDICT SHEET


We, the jury, find the defendant guilty of endangering a child, as charged in the indictment.


_____TDR_____
INITIALS OF PRESIDING JUROR


-OR -


We, the jury, find the defendant not guilty.


_____
INITIALS OF PRESIDING JUROR


If you have found the defendant guilty then you will next answer the following special issue.

Now, if you have found the defendant guilty and you further find beyond a reasonable doubt that the defendant used or exhibited a deadly weapon, namely, a motor vehicle during the commission of the offense, you will answer the following special issue "Yes," and so state in your verdict, but if you do not so find, or if you have a reasonable doubt thereof, you will answer the following special issue "No," and so state in your verdict.

SPECIAL ISSUE

Do you, the jury, find from the evidence beyond a reasonable doubt that the defendant used or exhibited a deadly weapon, a motor vehicle, during the commission of the offense?

Answer "Yes" or "No": ___Yes___

___TDR___
INITIALS OF PRESIDING JUROR

THE STATE OF TEXAS

VS.

Jared Ascante<sub>...</sub>

FILED
2015 MAR 26 PM 3: 02
...CLERK
...CO., TEXAS
DEPUTY

CAUSE NO. F 13-35333-T

JUDICIAL 283rd   DISTRICT COURT ____

DALLAS COUNTY, TEXAS

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant in the above cause and by his Attorney, and moves the Court to grant him a New Trial herein for the good and sufficient reason that the verdict is contrary to the law and evidence.

Wherefore, Defendant prays the Court grant a new trial herein.

Respectfully submitted,

_____
Attorney for Defendant

## ORDER

The above Motion is hereby:

☐ (GRANTED)   ☐ (OVERRULLED)

_____
JUDGE